**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JOSEPH ANTHONY ELMENHORST,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1472-G** |
| | ) | |
| **CHRIS WEST, Sheriff of Canadian County, et al.** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Plaintiff Joseph Anthony Elmenhorst, a state prisoner appearing pro se, filed this civil action and applied for leave to proceed *in forma pauperis*. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Shon T. Erwin for preliminary review.

Judge Erwin granted Plaintiff's request for leave to proceed *in forma pauperis* and ordered Plaintiff to pay an initial partial filing fee of $54.89 by July 27, 2026. *See* Order of July 9, 2026 (Doc. No. 5).

On August 31, 2026, Judge Erwin issued a Report and Recommendation recommending that this case be dismissed without prejudice due to Plaintiff's failure to pay the initial filing fee as ordered. *See* R. & R. (Doc. No. 6) at 1-3; LCvR 3.4(a). In the Report and Recommendation, Judge Erwin advised Plaintiff of his right to object by September 17, 2026. *See* R. & R. at 2. Judge Erwin further advised that failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation. *See id.* at 2-3.

Plaintiff did not file an objection to the Report and Recommendation or request additional time to do so.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 6) is ADOPTED in its entirety.

Plaintiff's Complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE. A separate judgment shall be entered.

IT IS SO ORDERED this 9th day of October, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge